# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

UNITED STATES OF AMERICA

vs.

**TAVARES G. HICKEY,**

       Defendant

---

**JUDGMENT IN A CRIMINAL CASE**

NO. 5: 07-PO-08-08 (CWH)

---

| | |
|---|---|
| ***-**-9732 | Michael L. Chidester |
| Defendant's Social Security No. | Attorney for Defendant |
| 1977 | June 2, 2008 |
| Defendant's Date of Birth | Date of Imposition of Sentence |
| Warner Robins, Georgia | Warner Robins, Georgia |
| Defendant's Mailing Address | Defendant's Residence Address |

The above-named defendant having entered a **PLEA OF GUILTY** in this proceeding to the offense of **VIOLATION OF THE GEORGIA OPEN CONTAINER LAW**, U.S.C. §§ 7 and 13 i/c/w O.C.G.A. §40-6-253, as charged in a one-count INFORMATION, and said plea having been accepted by the court after inquiry as to the factual basis therefor, the defendant is hereby CONVICTED of said offense and SENTENCED as follows:

  **IT IS THE JUDGMENT OF THE COURT THAT:**

  (1) the defendant shall immediately pay the mandatory assessment fee of **$5.00** required by law; and,

  (2) he shall immediately pay a **FINE** in the amount of **$150.00**.

  IT IS ORDERED that the clerk of court shall deliver a certified copy of this judgment to the United States Marshal of this district.

  SO ORDERED AND DIRECTED, this 2nd day of JUNE, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE